JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CACHET FINANCIAL SERVICES,<br><br>              Plaintiff,<br><br>        v.<br><br>CACHET FINANCIAL SOLUTIONS,<br><br>              Defendant. | Case No. CV 13-1546 FMO (JCx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to: (1) the Court's Order of September 21, 2015, and (2) the Court's Order of September 30, 2016, IT IS ADJUDGED that:

1. Judgment is entered in favor of plaintiff Cachet Financial Services and against defendant Cachet Financial Solutions.  Each party shall bear its own fees and costs.

2. Defendant Cachet Financial Solutions, and its officers, directors, agents, servants, employees and attorneys and all persons in active concert or participation with any of the foregoing, are hereby:

    a. enjoined from using any mark, name, symbol, logo, or other indicia that incorporates or is confusingly similar to the term "CACHET" in anyway that relates to financial services, except for the "excepted use," as defined below.

    b. enjoined from offering for sale, soliciting sales, promoting, distributing, importing, advertising, or selling any products or services, in any medium, including without limitation

1   the internet, under any mark, name, symbol, logo, or other indicia that incorporates or is

2   confusingly similar to the term "CACHET" which in anyway relate to financial services,

3   except for the "excepted use," as defined below.

4          c.   ordered to destroy all signs, products, advertisements, packaging, literature,

5   business cards and any other promotional material, which feature the term "CACHET" or

6   a term confusingly similar thereto, both physical and electronic (e.g., websites), which are

7   in anyway related to financial services, except for the "excepted use," as defined below.

8       3. "Excepted use."  Defendant is permitted to use the term "CACHET" where: (1) both

9 defendant's design logo and the term "business-to-business electronic remote check deposit

10 services" are used in at least equal size font; and (2) a statement that defendant's services "are

11 not provided to payroll processing companies or payroll service bureaus" is used in a font at least

12 half the size of the font as the term "CACHET."

13       4. Except as set forth in paragraph 3, defendant shall comply with all of the requirements

14 set forth above no later than **December 31, 2016**.

15       5. Defendant shall, no later than **January 12, 2017**, shall file a declaration under penalty

16 of perjury setting forth in detail the manner and form in which it has complied with the injunction.

17 Dated this 30th day of September, 2016.

18

19                               /s/

20                        Fernando M. Olguin
                     United States District Judge

21

22

23

24

25

26

27

28