Willmore F. Holbrow, III (SB# 169688)
bill_holbrow@bstz.com
James W. Ahn (SB#243335)
james_ahn@bstz.com
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel:  (310) 207-3800
Fax:  (310) 820-5988
Attorneys for Plaintiff
CACHET FINANCIAL SERVICES

Arthur Boylan (pro hac vice)
ABoylan@anthonyostlund.com
ANTHONY OSTLUND BAER & LOUWAGIE P.A.
90 South 7th Street
Suite 3600
Minneapolis, Minnesota 55402
Telephone: 612.349.6969
Fax: 612.349.6996
Attorney for Defendant
Cachet Financial Solutions Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CACHET FINANCIAL SERVICES, formerly known as CACHET BANQ and sometimes doing business as CACHET BANQ, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CACHET FINANCIAL SOLUTIONS, INC., a Minnesota corporation,<br><br>    Defendants. | Case No: 2:13-CV-01546-FMO-JC<br><br>Hon. Fernando M. Olguin<br><br>**AMENDED JUDGMENT AND PERMANENT INJUNCTION** |

0

Pursuant to: (1) the Court's Order of September 21, 2015; (2) the Court's Order of September 30, 2016 (Dkt. 81); and (3) the parties' Joint Stipulation filed on October 27, 2016; IT IS ADJUDGED that:

1. Judgment is entered in favor of Plaintiff Cachet Financial Services and against Defendant Cachet Financial Solutions. Each party shall bear its own fees and costs.

2. Defendant Cachet Financial Solutions, Inc., and its officer, directors, agents, servants, employees, and attorneys and all persons in active concert or participation with any of the foregoing, are hereby:

   a. enjoined from using any mark, name, symbol, logo, or other indicia that incorporates or is confusingly similar to the term "CACHET" in any way that related to financial services, except for the "Excepted Use," as defined below;

   b. enjoined from offering for sale, soliciting sales, promoting, distributing, importing, advertising, or selling any products or services, in any medium, including without limitation the internet, under any mark, name, symbol, logo, or other indicia that incorporates or is confusingly similar to the term "CACHET" which in any way relate to financial services, except for the "Excepted Use," as defined below;

   c. ordered to destroy or discard all signs, products, advertisements, packaging, literature, business cards, and any other promotional material,

which feature the term "CACHET" or a term confusingly similar thereto, both physical and electronic (*e.g.*, website), which are in any way related to financial services, except for the "Excepted Use," as defined below.

3.  "Excepted Use."  Defendant shall complete its transition to the yet to be determined new company name by no later than April 15, 2017.  Defendant is permitted to reference its old company name (*i.e.*, Cachet Financial Solutions) in an explanatory fashion on signs, products, advertisements, packaging, literature, business cards, and any other promotional material to introduce the new company by stating "(New Company Name) is the Minnesota based company formerly known as Cachet Financial Solutions," in a font-size no greater than one-third the font-size of the New Company Name as it appears elsewhere on the document or electronic image.  The Excepted Use provision terminates on June 30, 2017 by which date Defendant shall cease from using the explanatory statement in any manner and destroy or discard all materials featuring same.

4.  Except as set forth in paragraph 3, Defendant shall comply with all of the requirements set forth above no later than April 15, 2017.

5.  Defendant shall, no later than July 12, 2017, file a declaration under penalty of perjury setting forth in detail the manner and form in which it has complied with this injunction.

///

///

2

6. The Defendant shall take all steps necessary to file documents with the PTO sufficient to (i) cancel Reg. No. 4,403,498 and (ii) abandon Ser. No. 77/950,367, within 10 business days of the entry of this injunction.

7. This Amended Judgment and Permanent Injunction supersedes the Judgment and Permanent Injunction (Dkt. 82) entered on September 30, 2016.

Date: October 28, 2016

/s/
Fernando M. Olguin
United States District Judge